IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BRITT ROBINSON                                                                                  PLAINTIFF

V.                                          NO.  3:08cv00130 JMM

CRITTENDEN COUNTY DETENTION                                              DEFENDANTS
FACILITY, et al

ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau.  There have been no objections.  The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, judgment shall be entered dismissing Plaintiff's complaint in its entirety, without prejudice.  Any pending motions are denied as moot.

IT IS SO ORDERED this   22   day of  October , 2008.

_____
UNITED STATES DISTRICT JUDGE