IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BRITT ROBINSON                                                                                PLAINTIFF

V.                                    NO.  3:08cv00130 JMM

CRITTENDEN COUNTY DETENTION                                         DEFENDANTS
FACILITY, et al

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing Plaintiff's complaint in its entirety, without prejudice.

IT IS SO ORDERED this 22 day of October, 2008.

_____
UNITED STATES DISTRICT JUDGE